| | | | | | |
|---|---|---|---|---|---|
| 15-216 15-328 | Kucij v. Hauser | Affirmed | 2/11/16 | Wash. Fam. | 133/138 |
| 15-271 | Walker v. McRae | Affirmed | 2/11/16 | Frank. Fam. | 133/138 |
| 15-326 | Weaver v. Weaver | Reversed | 2/11/16 | Add. Fam. | 133/138 |
| 15-335 | State v. Fuller | Affirmed | 2/11/16 | Chitt. Crim. | 133/138 |
| 15-341 | In re Moody Subdivision | Affirmed | 2/11/16 | Envtl. Div. | 133/138 |
| 15-247 | D.C. v. Schatz | Dismissed | 2/12/16 | Chit. Civ. | 133/138 |
| 16-051 | MacLellan & Assocs. v. Peniston | Dismissed | 2/19/16 | Windsor Civ. | 133/138 |
| 16-057 | Lyons v. Lamothe | Dismissed | 2/26/16 | Add. Fam. | 133/138 |
| 15-324 | State v. Kane | Reconsideration denied | 2/29/16 | Benn. Crim. | 133/139 |
| 16-022 | State v. Bergquist | Reversed | 3/2/16 | Chit. Crim | 134/558 |
| 16-040 | Kendall v. Kane | Reconsideration denied | 3/2/16 | Windsor Civ. | 134/558 |
| 15-117 | State v. Sheldon | Affirmed | 3/10/16 | Rut. Crim. | 134/558 |
| 15-220 15-413 | In re Guardianship of A.S. | Affirmed | 3/10/16 | Rut. Civ. | 134/558 |
| 15-304 | In re Ducharme | Affirmed | 3/10/16 | Chit. Civ. | 134/558 |
| 15-338 | Gilson v. Hrbek | Affirmed | 3/10/16 | Benn. Fam. | 134/558 |
| 15-351 | Hunter v. Moffit | Affirmed | 3/10/16 | Rut. Civ. | 134/558 |
| 15-380 | Busha v. Busha | Affirmed | 3/10/16 | Orange Fam. | 134/558 |
| 15-385 | In re K.F. | Affirmed | 3/10/16 | Rut. Fam. | 134/558 |
| 15-423 | Chandler v. Branchaud | Affirmed | 3/10/16 | Windham Civ. | 134/558 |
| 15-456 | In re T.B. | Affirmed | 3/10/16 | Frank. Fam. | 134/558 |
| 15-457 | In re J.S. | Affirmed | 3/10/16 | Windham Fam. | 134/558 |
| 16-051 | MacLellan & Assocs. v. Peniston | Reconsideration denied | 3/10/16 | Windsor Civ. | 134/558 |
| 16-057 | Lyons v. Lamothe | Reconsideration denied | 3/10/16 | Add. Fam. | 134/558 |
| 16-067 | State v. Kane | Dismissed | 3/10/16 | Benn. Crim. | 134/558 |
| 16-050 | State v. Kane | Reversed | 3/17/16 | Benn. Crim. | 134/558 |
| 16-080 | State v. Earle | Affirmed | 3/23/16 | Rut. Crim. | 134/558 |
| 16-085 | State v. Kane | Dismissed | 3/23/16 | Benn. Crim. | 134/558 |
| 16-086 | State v. Kane | Dismissed | 3/23/16 | Benn. Crim. | 134/558 |
| 16-067 | State v. Kane | Reconsideration denied | 3/24/16 | Benn. Crim. | 134/559 |
| 16-093 | Kane v. Marthage | Dismissed | 3/25/16 | Windsor Civ. | 134/559 |